**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FARQED AL ABDULLATIF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KIKOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 20-4588 |

**O R D E R**

SCOTT W. REID, J.

       AND NOW, this 21st day of April, 2023, it is hereby ORDERED that Claimant's

Request for Review is GRANTED IN PART and the matter REMANDED to obtain a report

from a consulting neurologist or other expert in pseudotumor cerebri, and for clarification of the

Claimant's obesity.

       The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s Scott W. Reid*

_____

SCOTT W. REID
UNITED STATES MAGISTRAGE JUDGE